UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVER ROY, : <br> as father and next friend of the minor child, : <br> N.R., : <br> and : <br> N.R., individually : <br> : <br>     Plaintiff : <br> : <br>     v. : <br> : <br> GOVERNMENT OF THE : <br> DISTRICT OF COLUMBIA : <br> : <br>     Defendant. : <br> _____ : | **Civil Action No. 06-2267 (RMU)** |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiffs, by and through counsel, and hereby voluntarily dismiss the instant case pursuant to Fed. R. Civ. P. 41(a)(1)(i).

DATE: June 13, 2007                                                                                 Respectfully Submitted,

                                                                                                                           /s/
                                                         William E. Houston, Esq.
                                                         D.C. Bar No. 450223
                                                         Dalton, Dalton, & Houston, P.C.
                                                         1008 Pendleton Street
                                                         Alexandria, Virginia 22314
                                                         (703) 739-4300 (ph)
                                                         (703) 739-2323 (fax)